[No. 2213-3. Division Three. March 11, 1977.]

*In the Matter of the Personal Restraint of* HUBERT H.
SAGERS, *Petitioner.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 22008, John J. Lally, J., entered
March 15, 1974. *Dismissed* by unpublished per curiam
opinion.

[No. 3916-1. Division One. March 14, 1977.]

NORMAN H. DAHLSTEDT, ET AL, *Appellants,* v. SKAGIT
VALLEY RIDING CLUB, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 34697, Walter J. Deierlein, Jr., J., entered June
2, 1975. *Affirmed* by unpublished opinion per Farris, C.J.,
concurred in by Swanson and Williams, JJ.

[No. 4249-43654-1. Division One. March 14, 1977.]

DOROTHY RUSSELL, *Appellant,* v. SAFECO INSURANCE
COMPANY OF AMERICA, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 782751, Warren Chan, J., entered January 28,
1975. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, C.J., and Callow, J.

[No. 4496-1. Division One. March 14, 1977.]

THE STATE OF WASHINGTON, *Appellant,* v. WAYNE
ORVILLE STAFFORD, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 3171, Harry A. Follman, J., entered January
21, 1976. *Reversed* by unpublished per curiam opinion.